Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RA-HEEM MAYO, Appellant.

Submitted May 4, 2009; decided May 7, 2009

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

RIVERSIDE CAPITAL ADVISERS, INC., Plaintiff, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Respondent, v FIRST SE-CURED CAPITAL CORP. et al., Defendants, and THOMAS B. DONOVAN FAMILY TRUST, Appellant. THOMAS B. DONOVAN et al., Nonparties Appellants.

Submitted March 2, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SAM PILATO AND SON, INC., et al., Respondents, v LEO D. STAROW-ITZ, SR., et al., Defendants, and FRANK STAROWITZ, Appel-lant.

Submitted March 23, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.